Mark D. Kruthers  #179750
William H. Littlewood  #202877
G. Andrew Slater  #238126
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
E-mail: mkruthers@dowlingaaron.com
　　　　wlittlewood@dowlingaaron.com
　　　　aslater@dowlingaaron.com

Attorneys for Defendant
PARAGON INDUSTRIES, INC. dba BEDROSIANS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELIZABETH CASTRO, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PARAGON INDUSTRIES, INC. DBA BEDROSIANS, a California Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:19-CV-00755-DAD-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 4) |

# STIPULATION

Plaintiff ELIZABETH CASTRO, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act ("Plaintiff"), and Defendant PARAGON INDUSTRIES, INC. dba BEDROSIANS ("Defendant") (together, the "Parties") stipulate and agree to extend the deadline for Defendant to respond to the Amended Complaint filed in the above-captioned action, as set forth below, and respectfully request that the above-entitled Court issue an order approving the terms of this Stipulation. As discussed in more detail below, the Stipulation and requested order are necessary so as to allow the Parties time to finalize and obtain the Court's approval of the settlement of the above-captioned action.

**A.  RECITALS**

1. Plaintiff initiated this matter in Fresno County Superior Court on or about May 14, 2018.

2. Defendant filed its Answer to Plaintiff's Complaint on or about June 22, 2018.

3. Plaintiff filed a First Amended Complaint in Fresno County Superior Court alleging, for the first time, claims for violation of the Fair Labor Standards Act ("FLSA") on or about May 14, 2019.

4. Based upon the FLSA related claims, Defendant removed this matter to the above-captioned Court on May 29, 2019.

5. Plaintiff agreed to extend Defendant's deadline to respond to the First Amended Complaint, from June 5, 2019 to July 3, 2019, in accordance with Eastern District Local Rule 144(a).

6. The Parties have reached a class-wide settlement which will, if approved by the Court, resolve the above-captioned action in its entirety.

///

///

2
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTLING DEADLINE FOR APPROVAL MOTION**

7. The Parties are in the process of preparing the settlement papers and contemplate that Plaintiff will file an unopposed motion seeking preliminary approval of the settlement, within the next sixty (60) calendar days.

**B.　TERMS OF STIPULATION**

Based on the fact that a settlement has been reached, and in order to allow the Parties time to secure the required Court approval of said settlement, the Parties agree to the following:

1. Defendant's deadline to file and serve a response to the First Amended Complaint shall be continued to the date that is fourteen (14) calendar days from the date of filing and service of any order by the Court denying preliminary or final approval of the settlement.

2. Defendant will not be required to file any response to the First Amended Complaint if the Court grants final approval of the settlement.

3. Nothing herein is intended to prevent the Parties from modifying the above Stipulation and, with Court approval, further altering the basis for determining Defendant's deadline to file and serve a response to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:　　　June 30, 2019　　　DOWLING AARON INCORPORATED

By:　/s/ Mark D. Kruthers
　　　Mark D. Kruthers
　　　William H. Littlewood
　　　G. Andrew Slater
　　　Attorney for Defendant
　　　PARAGON INDUSTRIES, INC. dba BEDROSIANS

Dated:　　　June 30, 2019　　　LAWYERS *for* JUSTICE, PC

By:　/s/ Joanna Ghosh (as authorized on June 30, 2019)
　　　Edwin Aiwazian
　　　Joanna Ghosh
　　　Attorneys for Plaintiff ELIZABETH CASTRO

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTLING DEADLINE FOR APPROVAL MOTION**

**ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING DEADLINE FOR FILING APPROVAL MOTION**

The Court, having reviewed the Parties' Stipulation for Extension of Time to Respond to First Amended Complaint (Doc.4), and finding good cause in view of the settlement of the action, orders as follows:

1. Plaintiff SHALL file her motion seeking preliminary approval of the settlement by no later than August 30, 2019. All other deadlines and hearings are VACATED;

2. Defendant's deadline to file and serve a response to the First Amended Complaint is continued to fourteen (14) calendar days from the date of filing and service of any order by this Court denying preliminary or final approval of the settlement; and

3. Defendant will not be required to file any response to the First Amended Complaint if this Court grants final approval of the settlement.

IT IS SO ORDERED.

Dated: **July 1, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE